IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 9 2012

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Bobby Johnson, *Pro se*

        Plaintiff,        CASE NO. 1:2012-CV-00901-ODE

vs.

Bank of America, N.A., Successor by
Merger to BAC Home Loans Servicing, LP
fka Countrywide Home Loans Servicing, LP.,

McCurdy & Candler, LLC.,

        Defendant.

### PLAINTIFF REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES AND OPPOSITION TO MOTION TO DISMISS

    COMES NOW Plaintiff Bobby Johnson by and through undersigned counsel, file and serve his Reply to the Defendant's Affirmative Defenses, and would state:

1.    As and for the Defendants McCurdy & Candler, LLC. first through twenty-fifth affirmative defenses, Defendant filed a frivolous and baseless answer.

2.    Defendant aimed was a unreasonable delay of litigation which the answers was out side the rim of the complaint.

3.    Defendant affirmative defenses fail to state, with specificity, the elements constituting the defense.

4.    Defendant failed to fact check the accuracy of its client documents, if done so then Defendant would discovered that there was a defective claim.

5. Defendant threw every defense into this pleading even though it has nothing to do with this cause.

6. These defenses do not raise any new matters which would defeat Plaintiff's claims.

7. Defendant Second Defense: Insufficiency of process and service of process; lack of personal jurisdiction as to these Defendants, should be barred as moot.

8. Defendant was properly served pursuant to the *O.C.G.A. 9-11-4 (a) and FRCP Rule 4*

9. The bases of Defendant Answer fails to allege any specific allegations other than the blanket assertion contained therein. There are no facts set forth therein to constitute Defendant defense.

10. Defendant Answer And Affirmative Defenses are barred a moot.

11. Defendant Motion to Dismiss should be denied

**WHEREFORE**, Plaintiff request this Honorable Court strike Defendant Answers as moot and denied motion to dismiss.

1. Plaintiff request any all other and/or further relief allowed by law and/or which Court deems just and proper.

Respectfully submitted,

_Bobby Johnson_  3/27/2012
Bobby Johnson        Date
1721 Gallup Drive
Stockbridge, GA  30281

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail to:

McGuire Woods, LLP
c/o Andrew G. Phillips
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, GA  30309

_Bobby Johnson_  3/27/2012
Bobby Johnson          Date
1721 Gallup Drive
Stockbridge, GA  30281

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail to:

McCurdy and Candler, LLC.
3525 Piedmont Road
Bldg. 6, Suite 700
Atlanta, GA  30305

                                           _Bobby Johnson_    3/27/2012
                                           Bobby Johnson       Date
1721 Gallup Drive
Stockbridge, GA  30281